IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAMUEL CALDERON-SITIRICHE *
*
Plaintiff * Civil No. 98-1130(SEC)
*
v. *
*
EDUCATORS MUTUAL LIFE INS. CO. *
*
Defendant *
**************************************

## ORDER

Upon the parties separate motions (**Dockets # 12 and # 13**), the following deadlines in the Court's Case Management Order are amended as follow:

| DEADLINE | MILESTONE |
|---|---|
| Tuesday, May 2, 2000 | Answer to the complaint |
| Tuesday, May 9, 2000 | Amend pleadings and add parties |
| Tuesday, May 16, 2000 | Filing of Discovery Plan |
| Tuesday, May 23, 2000 | Joint Case Management Memorandum due Completed consent form due (for cases to be tried by a Magistrate Judge) |
| Tuesday, May 23, 2000 | Conclusion of pleadings stage |

**All other deadlines shall remain unaltered.** This order disposes of **Dockets # 12 and # 13**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 19th day of April, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)