IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| SAMUEL CALDERON-SITIRICHE | * | |
| Plaintiff | * | |
| | * | Civil No. 98-1130 (SEC) |
| v. | * | |
| | * | |
| EDUCATORS MUTUAL LIFE INS. CO. | * | |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

The above-captioned matter is hereby referred to Magistrate Judge Justo Arenas for the holding of a case management and settlement conference, **to be set no later than August 7, 2000.** In this meeting, Magistrate Judge Arenas should ascertain the parties' compliance with the deadlines set forth in the case management order and explore the possibility of settlement. If settlement is not viable, Magistrate Judge Arenas should ascertain whether the parties would be willing to revisit the possibility of consenting to proceed before him. In the event that settlement negotiations are not successful and the parties are unwilling to consent to proceed before Magistrate Judge Arenas, **the case shall be returned to this Court**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 30 day of May, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)