IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

| | |
|---|---|
| HONORABLE JUSTO ARENAS | DATE: June 6, 2000 |
| | CIVIL 98-1130 (SEC) |
| | ATTORNEY |
| SAMUEL CALDERON SITIRICHE | |
| v. | |
| EDUCATORS MUTUAL LIFE INS. CO. | |

A case management and settlement conference is set for August 1, 2000 at 10:00 a.m. Minutes to be notified.