IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

| HONORABLE JUSTO ARENAS | DATE: June 23, 2000 |
| --- | --- |
| | CIVIL 98-1130 (SEC) |
| SAMUEL CALDERÓN SITIRICHE | ATTORNEY |
| v. | |
| EDUCATORS MUTUAL LIFE INS. CO. | |

The case management/settlement conference set for August 1, 2000 is reset for August 17, 2000 at 10:00 a.m. Minutes to be notified.