# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

SAMUEL CALDERON SITIRICHE,

Plaintiff

v.                                              CIVIL 98-1130 (SEC)

EDUCATORS MUTUAL LIFE INS.
CO.,

Defendant

---

## CASE MANAGEMENT/SETTLEMENT CONFERENCE REPORT

At today's conference, plaintiff was represented by Luis N. Blanco Matos, Esq., defendant by Arturo Díaz Angueira, Esq.

Parties are in compliance with the case management order as amended. They consent to the magistrate's trial jurisdiction. Should the court order the reference, the pretrial conference is now set for November 9, 2000 at 10:00 a.m., and the jury trial for January 29, 2001 at 9:30 a.m.

In San Juan, Puerto Rico, this 17th day of August, 2000.

JUSTO ARENAS
United States Magistrate Judge