IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAMUEL CALDERON SITIRICHE,

Plaintiff

v.                                                            CIVIL 98-1130 (SEC)

EDUCATORS MUTUAL LIFE INS. CO.,

Defendant

# ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
| --- | --- | --- |
| Motion Requesting Rescheduling of Pretrial Conference, 10-06-00. | 24 | Granted. Reset for December 7, 2000 at 9:30 a.m. |

In San Juan, Puerto Rico, this 11th day of October, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
Rev. 8/82)