IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAMUEL CALDERON SITIRICHE,

Plaintiff

v.                                          CIVIL 98-1130 (SEC)

EDUCATORS MUTUAL LIFE INS. CO.,

Defendant

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Rescheduling of Pretrial Conference and Trial, 11-13-00. | 26 | Granted. |

In San Juan, Puerto Rico, this 17th day of November, 2000.

JUSTO ARENAS
United States Magistrate Judge

