IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAMUEL CALDERON SITIRICHE,

Plaintiff

v.                                              CIVIL 98-1130 (SEC)

EDUCATORS MUTUAL LIFE INS. CO.,

Defendant

## SETTLEMENT CONFERENCE

At today's conference, plaintiff was represented by Luis Blanco Matos, Esq., defendant by Arturo Díaz and Roberto Feliberti, Esqs.

Pretrial is set for February 13, 2001 at 9:30 a.m., and the jury trial is set for March 13, 2001 at 9:30 a.m. March 19th is not available for trial. Counsel may call me if they have calendar conflict.

In San Juan, Puerto Rico, this 7th day of December, 2000.

JUSTO ARENAS
United States Magistrate Judge

