IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAMUEL CALDERON SITIRICHE,

Plaintiff

v.                                                             CIVIL 98-1130 (SEC)

EDUCATORS MUTUAL LIFE INS. CO.,

Defendant

### PRETRIAL CONFERENCE REPORT

At today's conference, plaintiff was represented by Luis Blanco Matos, Esq., defendant by Arturo Díaz and Roberto Feliberti, Esqs.

Settlement pleadings are to be filed before February 28, 2001. The March 13 trial setting is vacated.

In San Juan, Puerto Rico, this 13th day of February, 2001.

JUSTO ARENAS
United States Magistrate Judge



AO 72
(Rev 8/82)

jury clerk
2/15/01

