IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAMUEL CALDERON SITIRICHE,

Plaintiff

v.                                               CIVIL 98-1130 (SEC)

EDUCATORS MUTUAL LIFE INS. CO.,

Defendant

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Rescheduling of Pretrial Conference and Trial, 02-08-01. | 29 | Granted. |

In San Juan, Puerto Rico, this 13th day of February, 2001.

JUSTO ARENAS
United States Magistrate Judge




AO 72
(Rev 8/82)