## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

### MINUTES OF PROCEEDINGS

| | |
|---|---|
| HONORABLE JUSTO ARENAS | DATE: March 1, 2001 |
| | CIVIL 98-1130 (SEC) |

SAMUEL CALDERÓN SITIRICHE

v.

EDUCATORS MUTUAL LIFE

Counsel Arturo Díaz called to inform that the parties have reached a settlement and the papers will

be filed within ten days.  The trial setting of March 13 is vacated.