IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAMUEL CALDERON SITIRICHE,

Plaintiff

v.  CIVIL 98-1130 (SEC)

EDUCATORS MUTUAL LIFE INS. CO.,

Defendant

## JUDGMENT

The parties having agreed to dismiss the complaint and counterclaim with prejudice, this case is hereby dismissed with prejudice and each party will bear its own costs and attorneys' fees.

In San Juan, Puerto Rico, this 19th day of March, 2001.

JUSTO ARENAS
United States Magistrate Judge

